IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEIL J. LOFQUIST, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-CV-1305-NJR-DGW |
| CINDY GIMBER, FRANK LAWRENCE, and ANN LAHR, | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Plaintiff Neil Lofquist began researching his family's genealogy in 2014 with few, if any, restrictions by Menard Correctional Center (Doc. 3). In 2017, however, things changed, and he is no longer allowed to receive or possess information about his ancestors (Doc. 3). Lofquist filed this civil rights lawsuit alleging that the restrictions violate the First and Fourteenth Amendments (Doc. 3). On August 22, 2018, Lofquist filed a motion for preliminary injunction asking the Court to enjoin Defendants from blocking mail related to his family history research (Doc. 13). After filing the motion, he was transferred from Menard to Lawrence Correctional Center (Doc. 26).

Magistrate Judge Donald G. Wilkerson entered a Report and Recommendation on October 22, 2018, in which he concludes that Lofquist's request for a preliminary injunction against Menard is now moot due to Lofquist's transfer (Doc. 27). Lofquist did not file an objection to the Report and Recommendation by the deadline (*see id.*).

Because no party has filed an objection, the undersigned need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*.") (emphasis added). *See also Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

The undersigned accordingly **ADOPTS** in its entirety Magistrate Judge Wilkerson's Report and Recommendation and **FINDS AS MOOT** Lofquist's motion for a preliminary injunction (Doc. 13)**.**

**IT IS SO ORDERED.**

**DATED: November 15, 2018**

*[signature: Nancy J. Rosenstengel]*

**NANCY J. ROSENSTENGEL**
**United States District Judge**
